UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANCISO MENDOZA-GOMEZ,<br><br>                        Petitioner,<br>    v.<br>JASON BENNETT,<br><br>                        Respondent. | Case No. 2:24-cv-743-RSM-TLF<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR AUGUST 15, 2024 |

       On May 29, 2024, Petitioner filed a habeas corpus petition under 28 USC 2241 and an application to proceed *in forma pauperis* (IFP). Dkt 1. On June 17, 2024, the Court ordered Petitioner to show cause why their petition should not be dismissed for failure to exhaust. Dkt. 3. Petitioner had until July 5, 2024, to meet the Court's deadline. *Id.*

       Petitioner has not responded to the Court's order to show cause to date[1]. Accordingly, the undersigned recommends that the Court DENY Petitioner's IFP application (Dkt. 1) and dismiss the action without prejudice for failure to prosecute.

       Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for

---

[1] Petitioner requested his "records" in the instant matter on July 2, 2025. Dkt. 4. The Clerk of the Court informed Petitioner that an Order from the Court permitting the prosecution of his petition was first required before his records request could be considered. Dkt. 4-1.

REPORT AND RECOMMENDATION - 1

purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on **August 15, 2024**, as noted in the caption.

Dated this 31st day of July, 2024.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge