UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANCISO MENDOZA-GOMEZ,

        Petitioner,

v.

JASON BENNETT,

        Respondent.

Case No. 2:24-cv-743-RSM-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge, Objections to the Report and Recommendation, and the remaining record, hereby FINDS and ORDERS:

(1) The Court adopts the Report and Recommendation. Petitioner's Objections fail to address the issues raised in the Order to Show Cause, or to explain the failure of Petitioner to respond by the deadline. Petitioner states no valid basis for declining to adopt the Report and Recommendation.

(2) Petitioner's habeas corpus petition, and this action, are DISMISSED without prejudice for failure to prosecute.

(3) Petitioner's Motion to Proceed IFP, Dkt. #1, is DENIED.

(4) This case is CLOSED.

(5) The Clerk shall provide a copy of this Order to Petitioner.

DATED this 13th day of August, 2024.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE